UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON ANTHONY, | Case No. 21-cv-00569-HSG |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARCUS POLLARD, | |
| Respondent. | |

The Court has dismissed this petition for a writ of habeas corpus without prejudice to filing a new petition when all state court proceedings are concluded. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/25/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge